IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RONALD MARSHALL, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:24-CV-133 (CDL) |
| MAYOR SKIP HENDERSON, *et al.*, | * |
| Defendants. | * |

O R D E R

Pro se Plaintiff Ronald Marshall filed a motion to compel, asserting that Defendants did not adequately respond to his discovery requests, including requests for production of documents, interrogatories, and requests for admission. Marshall did not certify that he attempted to confer in good faith with Defendants in an effort to obtain the discovery without court action. The Court ordered Defendants to review the motion to compel and confer with Marshall and try to resolve any outstanding discovery issues. Text Order (Sept. 4, 2025), ECF No. 39.

Defendants' counsel asserts that Marshall did not serve any requests for production of documents or requests for admission. Counsel further asserts that Marshall only served one interrogatory, to which Defendants responded. Counsel also represents that counsel conferred with Marshall and sent him a supplemental interrogatory response, written responses to

Marshall's informal requests for information, and copies of more than 300 pages of documents, which Defendants contend is all relevant discoverable documents in their possession.

Marshall nonetheless believes that additional "Tangible Evidence" exists, including documents related to February 7, 2023 court orders granting the Columbus Consolidated Government's motion for Marshall's property to be abated. Pl.'s Reply to Mot. to Compel 1, ECF No. 43. Again, Defendants' counsel represents that Defendants have produced all relevant, discoverable documents in their possession. The Court finds that Marshall did not establish that Defendants failed to comply with their discovery obligations. Accordingly, the Court denies Marshall's motion to compel, for sanctions, and for attorneys' fees (ECF No. 37).

IT IS SO ORDERED, this 16th day of October, 2025.

s/Clay D. Land<br>
CLAY D. LAND<br>
U.S. DISTRICT COURT JUDGE<br>
MIDDLE DISTRICT OF GEORGIA