IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RONALD MARSHALL,                      *

    Plaintiff,                    *

vs.                                   *
                                      CASE NO. 4:24-CV-133 (CDL)

MAYOR SKIP HENDERSON, *et al.*,       *

    Defendants.                   *

_____

O R D E R

The Court previously granted Defendants' summary judgment motions as to all of Plaintiff's claims.  Plaintiff filed a "motion for reconsideration."  Because final judgment has been entered, Plaintiff's motion is properly characterized as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). *Mays v. U.S. Postal Serv.*, 122 F.3d 43, 46 (11th Cir. 1997) (per curiam) (construing a post-judgment motion for reconsideration as a Rule 59 motion to alter or amend the judgment).  "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact."  *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam) (alteration in original) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)).  Importantly, such motions cannot be used "to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment."  *Id.* (quoting *Michael*

*Linet, Inc. v. Village of Wellington*, 408 F.3d 757, 763 (11th Cir. 2005)); *accord Mays*, 122 F.3d at 46 ("[W]here a party attempts to introduce previously unsubmitted evidence on a motion to reconsider, the court should not grant the motion absent some showing that the evidence was not available during the pendency of the motion.").

Plaintiff's present motion seeks to relitigate old matters, namely his contention that Defendants did not produce enough documents during discovery and his argument that Defendants relied on an "inadmissible abatement warrant." The Court considered these arguments and rejected them in its prior orders. Plaintiff did not identify any newly-discovered evidence or manifest errors of law or fact. Accordingly, the Court denies his present motion (ECF No. 56).

IT IS SO ORDERED, this 27th day of April, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2